UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING COHEN,<br><br>                              Plaintiff,<br><br>v.<br><br>RORY CHENOWTH, and KELLYE LAUGHERY,<br><br>                              Defendant. | Case No.:  22-cv-01451-GPC-WVG<br>Consolidated with: 22-cv-1568<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**[ECF No. 54]** |

On July 12, 2023, the parties jointly filed a notice of settlement and moved to dismiss the matter with prejudice.  ECF No. 54.  The Court hereby GRANTS the joint motion and Plaintiff King Cohen's Second Amended Complaint, ECF No. 46, is hereby DISMISSED with prejudice.  All pending motions are hereby DENIED AS MOOT and the Clerk is instructed to close both Case No. 22-cv-1451 and consolidated Case No. 22-cv-1568. Each party to bear its own costs.

\\\

\\\

\\\

**IT IS SO ORDERED.**

Dated: July 18, 2023

Hon. Gonzalo P. Curiel
United States District Judge